No. 1221. Soriano et al., Demandantes y Apelantes, v. Rexach et al., Demandados y Apelados.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso de reivindicación y daños y perjuicios. Moción de los apelados para que se desestime la apelación. Resuelto en noviembre 30, 1914. Denegada la moción por haber presentado su alegato la parte apelante antes de que se discutiera la moción de la parte apelada y siguiendo la jurisprudencia establecida en los casos de González v. Acha et al., 19 D. P. R., 1208; Alfonzo v. Rosso, decidido en noviembre 5, 1914, y Gandía & Co. v. Alonso, decidido en noviembre 24, 1914. Abogados de los apelantes: Sres. Luis Samalea Igle-

*sias* y *Henry G. Molina.*_ Abogados de los demandados: *Sres. Bosch & Soto.*